


1  Jeffrey T. Hammerschmidt
2  2445 Capitol Street, Ste. 150
   Fresno, California 93721
   Tel: (559) 233-5333
3  Fax: (559) 485-3852

4  Attorney for Defendant, David Fueger

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No's.:<br>) P0484758, P0484759, P0484760, P0484761 |
|---|---|
| Plaintiff, | ) WAIVER OF APPEARANCE AND PROPOSED<br>) ORDER |
| vs. | ) (Fed. R. Crim. P. 43(b)(2)) |
| MATTHEW MILLER, | ) Date: November 20, 2008<br>) Time: 9:00 a.m. |
| Defendant | ) Judge: Hon. Dennis L. Beck |

**TO: THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:**

Defendant, Matthew Miller, by and through his attorney JEFFREY T. HAMMERSCHMIDT, hereby applies to this court for an Order Waiving his appearance at the Initial Appearance currently set for November 20, 2008, at 9:00 a.m.

The reason for this request is that it is very difficult for defendant to make the trip from his home in Falmouth, Massachusetts to Fresno because of the distance involved. Mr. Miller has been in continued contact with his attorney, and gives his attorney full power to act on his behalf. The matter of the Initial Appearance has been discussed. Mr. Miller is satisfied that all relative matters have been adequately discussed.

//

//

//

1  It is hereby requested that Matthew Miller's appearance at the hearing on November 20,
2  2008, at 9:00 a.m. be excused.

4  Dated:  November 19, 2008          Respectfully submitted,

5  /s/ Jeffrey T. Hammerschmidt

6  _____
   JEFFREY T. HAMMERSCHMIDT
7  Attorney for Defendant,
   Matthew Miller

\* \* \* \* \* \*

## PROPOSED ORDER

Good cause appearing,

**IT IS HEREBY ORDERED** that defendant, Matthew Miller, is hereby excused from appearing at the Initial Appearance currently scheduled for November 20, 2008, at 9:00 a.m.

Dated:  11/20/2008

_____
Hon. Dennis L. Beck
Magistrate Judge, United States District Court