```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  MISDEMEANOR UNIT
    2500 Tulare Street, Suite 4401
 4  Fresno, CA 93721
    Telephone: (559)497-4000
 5
 6
 7
 8                 IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )  CASE NO. 1:08-mj-00279-DLB
                                  )
12                 Plaintiff,     )  STIPULATION TO CONTINUE STATUS
                                  )  HEARING AND ORDER THEREON
13       v.                       )
                                  )
14  MATTHEW D. MILLER             )
                                  )
15                 Defendant(s).  )
                                  )
16  _____)
17
18
19       IT IS HEREBY STIPULATED by and between the parties hereto,
20  through their respective attorney(s) of record, that the status
21  hearing currently set for July 16, 2009, may be continued to the next
22  CVB calendar on **August 20, 2009**, at **9:00 a.m.** in Courtroom 9, Sixth
23  Floor, before the Honorable Dennis L. Beck, Magistrate Judge of the
24  United States District Court.
25  / / /
26  / / /
27  / / /
28  / / /
```

1

This request is being made because the parties are attempting to resolve the matter via plea agreement and need additional time to prepare the plea agreement and obtain signatures from the defendant (who resides out-of-state).

Dated: July 14, 2009                    Respectfully submitted,

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney


                                    By: /s/ Laurel J. Montoya
                                        LAUREL J. MONTOYA
                                        Assistant U.S. Attorney

                                    AND

                                        LAW OFFICES OF
                                        JEFFREY T. HAMMERSCHMIDT


                                    By: /s/ Brian C. Andritch
                                        BRIAN C. ANDRITCH
                                        Attorney for Defendant
                                        MATTHEW D. MILLER


**O R D E R**

IT IS SO ORDERED.

**Dated:   July 15, 2009**                    /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

2